FREDA K. BERGER, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Argued January 13, 1955; decided March 3, 1955.

*Isidore Ginsberg* for appellant.

*Leo A. Larkin, Acting Corporation Counsel* (*Andrew Bellanca* and *Seymour B. Quel* of counsel), for respondents.

Judgment affirmed, with costs, without prejudice to plaintiff's taking such appropriate action as she may be advised in connection with set-back and area restrictions as to a conforming use. No opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld and Van Voorhis, JJ. Taking no part: Froessel and Burke, JJ.